Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–24610–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Anna L Curnal
97 Irving Avenue
Spotswood, NJ 08884

James R Curnal
97 Irving Avenue
Spotswood, NJ 08884

Social Security No.:
xxx–xx–3508

xxx–xx–5674

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
Debtor and Joint Debtor was entered on June 26, 2019.

Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: June 26, 2019
JAN: wir

Jeanne Naughton
Clerk

```
                                United States Bankruptcy Court
                                    District of New Jersey
In re:                                                              Case No. 18-24610-MBK
Anna L Curnal                                                       Chapter 13
James R Curnal
          Debtors                        CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                Page 1 of 2             Date Rcvd: Jun 26, 2019
                              Form ID: 148               Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2019.
db/jdb         +Anna L Curnal,    James R Curnal,    97 Irving Avenue,    Spotswood, NJ 08884-1136
517717426      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517680801      +FV-I, Inc. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517696167       GLHEC & Aff obo USAF,    PO Box 8961,    Madison WI 53708-8961
517690317      +Nelnet on behalf of NJHESAA,    New Jersey Higher Ed Student Asst Auth,
                 4 Quakerbridge Plaza, PO Box 548,    Trenton NJ 08625-0548
517657475      +New Jersey Division of Taxation,    P.O. Box 046,    Trenton, NJ 08646-0046
517657476      +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
517956789     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:    State of New Jersey,    Department of Treasury,
                 Division of Taxation,    PO BOX 245,   Trenton NJ 08695-0245)
517657479      +Specialized Loan Servi,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
517783168      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
517783169      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517657483      +Wf/fmg,    Po Box 14517,   Des Moines, IA 50306-3517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 27 2019 00:28:36      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 27 2019 00:28:32      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517657466       EDI: BANKAMER.COM Jun 27 2019 03:48:00      Bk Of Amer,    Po Box 982238,    El Paso, TX 79998
517755442       EDI: BL-BECKET.COM Jun 27 2019 03:48:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
517657467      +EDI: RCSFNBMARIN.COM Jun 27 2019 03:48:00      Credit One Bank Na,    Po Box 98875,
                 Las Vegas, NV 89193-8875
517806665      +E-mail/Text: bknotices@snsc.com Jun 27 2019 00:29:11      DRI Mortgage Opportunity Fund LP,
                 C/O SN Servicing Corp.,    323 5th Street,    Eureka, CA 95501-0305
517806666      +E-mail/Text: bknotices@snsc.com Jun 27 2019 00:29:11      DRI Mortgage Opportunity Fund LP,
                 C/O SN Servicing Corp.,    323 5th Street,    Eureka, CA 95501,
                 DRI Mortgage Opportunity Fund LP,    C/O SN Servicing Corp. 95501-0305
517753716       EDI: ECMC.COM Jun 27 2019 03:48:00      ECMC,   P.O. Box 16408,    St. Paul, MN 55116-0408
517657468      +E-mail/Text: cashiering-administrationservices@flagstar.com Jun 27 2019 00:29:03
                 Flagstar Bank,    5151 Corporate Dr,    Troy, MI 48098-2639
517657470       EDI: IRS.COM Jun 27 2019 03:48:00      Internal Revenue Service,    44 South Clinton Ave.,
                 Trenton, NJ 08601
517817685       EDI: BL-BECKET.COM Jun 27 2019 03:48:00      Kohl's,   c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
517657472      +E-mail/Text: bncnotices@becket-lee.com Jun 27 2019 00:27:43      Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
517742807      +EDI: MID8.COM Jun 27 2019 03:48:00      MIDLAND FUNDING LLC,    PO Box 2011,
                 Warren, MI 48090-2011
517657473      +EDI: NAVIENTFKASMSERV.COM Jun 27 2019 03:48:00      Navient,    Po Box 9500,
                 Wilkes Barre, PA 18773-9500
517657474      +E-mail/Text: electronicbkydocs@nelnet.net Jun 27 2019 00:28:38      Nelnet Lns,
                 3015 S Parker Rd,    Aurora, CO 80014-2904
517787360       EDI: PRA.COM Jun 27 2019 03:48:00      Portfolio Recovery Associates, LLC,    c/o Pep Boys,
                 POB 41067,   Norfolk VA 23541
517712648      +EDI: DRIV.COM Jun 27 2019 03:48:00      SANTANDER CONSUMER USA,    P.O. Box 560284,
                 Dallas, TX 75356-0284
517657477      +E-mail/Text: bankruptcy@savit.com Jun 27 2019 00:29:17      Sa-vit Collection Agen,
                 46 W Ferris St,    East Brunswick, NJ 08816-2159
517657478       E-mail/Text: DeftBkr@santander.us Jun 27 2019 00:28:27      Santander,    PO Box 12707,
                 Reading, PA 19612-2707
517714828      +EDI: DRIV.COM Jun 27 2019 03:48:00      Santander Consumer USA Inc.,    POB 961245,
                 Fort Worth, TX 76161-0244
517657480      +EDI: RMSC.COM Jun 27 2019 03:48:00      Syncb/car Care Pep Boy,    Po Box 965036,
                 Orlando, FL 32896-5036
517657481      +EDI: RMSC.COM Jun 27 2019 03:48:00      Syncb/walmart,    Po Box 965024,   Orlando, FL 32896-5024
517659479      +EDI: RMSC.COM Jun 27 2019 03:48:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517657482      +EDI: WTRRNBANK.COM Jun 27 2019 03:48:00      Tnb - Target,    Po Box 673,
                 Minneapolis, MN 55440-0673
517772935      +EDI: AIS.COM Jun 27 2019 03:48:00      Verizon,   by American InfoSource as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517716593       EDI: WFFC.COM Jun 27 2019 03:48:00      Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
```

```
District/off: 0312-3          User: admin              Page 2 of 2                   Date Rcvd: Jun 26, 2019
                              Form ID: 148             Total Noticed: 38
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
                                                                                              TOTAL: 26

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517657471*     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Service,   P.O. Box 9052,   Andover, MA 01810)
517657469*     +Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
                                                                                  TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2019                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2019 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    FV-I, Inc. In Trust for Morgan Stanley Mortgage
               Capital Holdings LLC dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    FV-I, Inc. In Trust for Morgan Stanley Mortgage
               Capital Holdings LLC kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Yakov    Rudikh    on behalf of Joint Debtor James R Curnal yrudikh@gmail.com,
               rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com
              Yakov    Rudikh    on behalf of Debtor Anna L Curnal yrudikh@gmail.com,
               rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com
                                                                                              TOTAL: 6
```